UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| In re: | ) | |
|---|---|---|
| | ) | |
| TAMIKA CIERA WHITE | ) | Case No. 15-09748-RLM-7 |
| | ) | |
| Debtor. | ) | |

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed. R. Bankr. P. 3011, Gregory K. Silver, Trustee herein, submits the following notice of unclaimed dividends to the Court.

| Payee(s) | Last Known Address(es) | Amount(s) |
|---|---|---:|
| JOE SOARES BRANDON SOARES | 4522 Joshua Ct. West Lafayette, IN 47906 | $1,656.95 |
| **Total:** | | **$1,656.95** |

DATED: February 8, 2017

/s/ Gregory K. Silver
Gregory K. Silver, Trustee
334 N. Senate Avenue
Indianapolis, IN 46204
(317) 396-2600
trusteegksilver@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the court's system.

United States Trustee
ustpregion10.in.ecf@usdoj.gov

Adam Price Gadberry
GLOYESKILAWIN@HOTMAIL.COM

I further certify that on February 8, 2017, a copy of the foregoing document was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

JOE SOARES BRANDON SOARES, 4522 Joshua Ct., West Lafayette, IN 47906

/s/ Gregory K. Silver
Gregory K. Silver

GKS/daw